No. 73–1052.  BUCKLEY *v.* CALIFORNIA.  Sup. Ct. Cal. Certiorari denied.

No. 73–6374.  FERGUSON *v.* UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 73–6470.  GOMES ET AL. *v.* TRAVISONO, CORRECTIONS DIRECTOR, ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 73–1584.  BENSINGER, CORRECTIONS DIRECTOR, ET AL. *v.* BACH.  C. A. 7th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

JULY 9, 1974

No. A–1146.  WARM SPRINGS DAM TASK FORCE ET AL. *v.* GRIBBLE ET AL.  D. C. N. D. Cal.  Motion of Sonoma County Water Agency et al. to vacate stay heretofore granted by MR. JUSTICE DOUGLAS on June 17, 1974, denied.

No. A–1212.  WEAVER, DIRECTOR, DEPARTMENT OF PUBLIC AID OF ILLINOIS, ET AL. *v.* WILSON ET AL.  C. A. 7th Cir.  Motion of respondent to vacate stay heretofore granted by MR. JUSTICE REHNQUIST on June 20, 1974, denied.

No. A–1250 (73–1413).  STAATS, COMPTROLLER GENERAL, ET AL. *v.* AMERICAN CIVIL LIBERTIES UNION, INC., ET AL.  Appeal from D. C. D. C.  [Probable jurisdiction noted, 417 U. S. 944.]  Application for stay of order of the United States District Court for the District of Columbia pending final disposition of this case, presented to THE CHIEF JUSTICE and by him referred to the Court, granted.